No. 257. H. K. PORTER CO., INC., ET AL. v. CENTRAL VERMONT RAILWAY, INC., ET AL.;

No. 258. INTERSTATE COMMERCE COMMISSION v. CENTRAL VERMONT RAILWAY, INC., ET AL.; and

No. 266. UNITED STATES v. CENTRAL VERMONT RAILWAY, INC., ET AL. Appeals from the United States District Court for the District of Vermont. Probable jurisdiction noted. E. B. Ussery for appellants in No. 257. Robert W. Ginnane and H. Neil Garson for appellant in No. 258. Solicitor General Rankin, Assistant Attorney General Bicks and Richard A. Solomon for the United States in No. 266. J. Edgar McDonald, J. Raymond Hoover, William H. Parsons, Horace H. Powers, John F. Reilly and William F. Zearfaus for appellees. Reported below: 182 F. Supp. 516.

No. 198. MONTANA v. ROGERS, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari granted. Anna R. Lavin for petitioner. Solicitor General Rankin, Assistant Attorney General Wilkey and Beatrice Rosenberg for respondent.

No. 274. MITCHELL, SECRETARY OF LABOR, v. WHITAKER HOUSE COOPERATIVE, INC., ET AL. C. A. 1st Cir. Certiorari granted. Solicitor General Rankin, Harold C. Nystrom, Bessie Margolin and Sylvia S. Ellison for petitioner. Cyril M. Joly for respondents.

No. 241. BULOVA WATCH CO., INC., v. UNITED STATES. Court of Claims. Certiorari granted. Bernard Weiss for petitioner. Solicitor General Rankin, Assistant Attorney